IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SELWYN BROWN,<br>                  Plaintiff<br><br>vs.<br><br>D.O.C. PA; J. BEARD; D. WILLIAMSON;<br>S. BURKS; A.W. RUSS; E. KLEM; K.G.<br>CHMIELEWSKI; T. HORNUNG; J.<br>CORBACIO; R. NOVOTNEY; P.<br>RAMER; CAPT. V. MOONEY; CAPT.<br>CLARK; LT. GAVIN; L.FLINO; T.D.<br>JACKSON; M. BRUNO; CAPT.<br>MUCCINO; LT. HAYWOOD; LT.<br>MEIGHEN; SGT. MITCHELL,<br>                  Defendants | **2:05cv347**<br>**Electronic Filing**<br><br>Judge Cercone<br>Magistrate Judge Hay |

## ORDER OF COURT

AND NOW, this 29th day of March, 2006, after the plaintiff, Selwyn Brown, filed an action in the above-captioned case, and after a Motion to Dismiss was submitted by defendants, and after a Motion for Preliminary and Permanent Injunction was submitted by plaintiff, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

        IT IS ORDERED that defendant's Motion to Dismiss is denied;

        IT IS FURTHER ORDERED that plaintiff's Motion for Preliminary and Permanent Injunction is denied;

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

                                              */s/ David Stewart Cercone*
                                              DAVID STEWART CERCONE
                                              United States District Judge

cc:     Honorable Amy Reynolds Hay
       United States Magistrate Judge

       Selwyn Brown
       BV-5979
       SCI Greene
       175 Progress Drive
       Waynesburg, PA 15370

       Kemal Alexander Mericli, Esquire
       Office of the Attorney General
       6th Floor, Manor Complex
       564 Forbes Avenue
       Pittsburgh, PA 15219