IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SELWYN BROWN,                          )
                          Plaintiff    )
                                       )
        vs.                            )        Civil Action No. 05-347
                                       )        Judge David S. Cercone/
D.O.C. PA; J. BEARD; D. WILLIAMSON;    )        Magistrate Judge Amy Reynolds Hay
S. BURKS; A.W. RUSS; E. KLEM; K.G.     )
CHMIELEWSKI; T. HORNUNG; J.            )
CORBACIO; R. NOVOTNEY; P.              )
RAMER; CAPT. V. MOONEY; CAPT.          )
CLARK; LT. GAVIN; L.FLINO; T.D.        )
JACKSON; M. BRUNO; CAPT.               )
MUCCINO; LT. HAYWOOD; LT.              )
MEIGHEN; SGT. MITCHELL,                )
                         Defendants    )

## ORDER

AND NOW, this 28th day of September____, 2007, after the Plaintiff,

Selwyn Brown, filed an action in the above-captioned case,  and after a Motion for Summary

Judgment was filed by Defendants and after a Report and Recommendation was filed by the

United States Magistrate Judge granting the parties ten days after being served with a copy to file

written objections thereto, and no objections having been filed, and upon independent review of

the motion and the record, and upon consideration of the Magistrate Judge's Report and

Recommendation, which is adopted as the opinion of this Court,

        IT IS HEREBY ORDERED that defendants' motion for summary judgment is

granted;

        IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if the parties desire to appeal from this Order they must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

_____

DAVID STEWART CERCONE
United States District Judge


cc:     Honorable Amy Reynolds Hay
        United States Magistrate Judge

        Selwyn Brown
        BV-5979
        SCI Greene
        175 Progress Drive
        Waynesburg, PA 15370

        Kemal Alexander Mericli, Esquire
        Office of the Attorney General
        6th Floor, Manor Complex
        564 Forbes Avenue
        Pittsburgh, PA 15219